# *United States Court of Appeals*

FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

February 26, 2025

Mr. John R. Teakell
2911 Turtle Creek Boulevard
Suite 300
Dallas, TX 75219-0000

Mr. Victor Derrone Vital
Haynes & Boone, L.L.P.
2801 N. Harwood Street
Suite 2300
Dallas, TX 75201

Mr. Daniel Laurence Wyde
Wyde & Associates
10100 N. Central Expressway
Suite 590
Dallas, TX 75231

No. 24-10848 Moss v. Martin
USDC No. 3:14-CV-3088

Dear Mr. Teakell, Mr. Vital, Mr. Wyde,

The deadline to file the appellee's brief expired on 2/19/25, see Fed. R. App. P. 31(a)(1). If you wish to file a brief, we should receive it along with a motion to file the brief out of time within 10 days from this date. If we receive no response to this letter, we will submit the case to the court on the record and briefs already on file.

Sincerely,

LYLE W. CAYCE, Clerk

By: M. Courseault
Melissa B. Courseault, Deputy Clerk
504-310-7701

Ms. Susan J. Clouthier