Clouthier™
Law, PLLC

**UPDATE RE: BANKRUPTCY**

August 18, 2025

Via Electronic Filing
Lyle W. Cayce, Clerk
U.S. Court of Appeals for the Fifth Circuit
600 South Maestri Place
New Orleans, Louisiana 70130-3408

Re: Cause No. 24-10848- *Moss v. Martin*

Dear Mr. Cayce:

By this letter, Appellant is informing this Court that the adversary proceeding in Appellant's bankruptcy has not yet resolved.

Sincerely,

CLOUTHIER LAW, PLLC

*/s/ Susan J. Clouthier*
Susan J. Clouthier
Texas Bar No. 24062673
9950 Woodloch Forest Dr, Ste 1300
The Woodlands, Texas 77380
(346) 443-4300
susan@clouthierlaw.com

**Certificate of Service**

This is to certify that on August 18, 2025, a true and correct copy of this foregoing has been served electronically.

*/s/ Susan J. Clouthier*
Susan J. Clouthier