Clouthier™
Law, PLLC

**UPDATE RE: BANKRUPTCY**

May 20, 2026

Via Electronic Filing
Lyle W. Cayce, Clerk
U.S. Court of Appeals for the Fifth Circuit
600 South Maestri Place
New Orleans, Louisiana 70130-3408

Re: Cause No. 24-10848- *Moss v. Martin*

Dear Mr. Cayce:

By this letter, Appellant is informing this Court of the status of Appellant's bankruptcy.

1. The underlying bankruptcy in cause number 6:25-bk-10944 has been discharged.

2. There is an adversary proceeding still pending under cause number 6:25-ap-01055 in the U.S. Bankruptcy Court for the Central District of California, Riverside Division, styled *David Tyler Moss and Fidelissimus, LLC v. Brian Dennis Martin*.

3. There are hearings on: (1) Motion to Compel Compliance With Subpoena to Kevin Martin and Force Media LLC: (2) Defendant's Motion to Dismiss Adversary Complaint for Terminating Sanctions and Fraud on The Court; (3) Motion For Alternative Service on Non-Party Robert D. Wilson; (4) Motion to Compel Compliance With Subpoena to Google, LLC and Youtube LLC; ad (5) Motion to Compel Compliance With Subpoena to Bitcoin Depot Operating LLC on June 9, 2026;

4. A status hearing is also set for July 7, 2026; and

5. The court entered an Order denying Martin's Motion for Protective Order on May 20, 2026.

Sincerely,

CLOUTHIER LAW, PLLC

/s/ *Susan J. Clouthier*
Susan J. Clouthier
Texas Bar No. 24062673
9950 Woodloch Forest Dr, Ste 1300
The Woodlands, Texas 77380
(346) 443-4300
susan@clouthierlaw.com

**Counsel for Appellant**
**Brian Dennis Martin**

## Certificate of Service

This is to certify that on May 20, 2026, a true and correct copy of this foregoing has been served electronically.

/s/ *Susan J. Clouthier*
Susan J. Clouthier